**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**

**May 4, 2026**
**DATE OF PROCEEDINGS**

**JUDGE RENÉE M. BUMB**

**COURT REPORTER: JOHN KURZ**

Docket # CV. 26-1729 (RMB/AMD)

**TITLE OF CASE**:

JOSEPH DIMARCO
v
PRINCIPAL LIFE INSURANCE COMPANY

**APPEARANCES:**
Michael J. Torchia, Esquire, and James M. Andris, Jr., Esquire, for Plaintiff.
Angel West, Esquire, for Defendant

**NATURE OF PROCEEDINGS: PRE-MOTION CONFERENCE**

Pre-Motion Conference held on the record via Teams Videoconference.
Motion to Dismiss to be filed by May 22, 2026.
Opposition due June 19, 2026.
Reply due June 30, 2026.

Time Commenced: 2:10p.m. Time Adjourned: 2:30p.m. Total Time: 0:20

Lawrence MacStravic
Deputy Clerk